1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

FILED
DEC 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LODGED
DEC 15 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:08-mc-42 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $10,130.00 IN U.S. CURRENCY, | ) |
| Defendants. | ) |

It is hereby stipulated by and between the United States of America and Claimants Hajjaj Hasan Hajjaj and Faten Hajjaj, ("Claimants"), by and through their respective attorney, as follows:

1. On or about September 15, 2008, Claimants filed a claim with the Drug Enforcement Administration with respect to the above-referenced approximately $10,130.00 (the "currency") which was seized on or about June 5, 2008.

2. The Drug Enforcement Administration has sent written notice of intent to forfeit as required by 21 U.S.C. § 881 to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimants has filed a claim to the currency in the administrative forfeiture proceeding..

///

3. Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 12, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to February 12, 2009.

Dated: December 9, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney

Dated: December 11, 2008

/s/ Daniel A. Bacon
DANIEL A. BACON
Attorney for Claimants
Hasan Hajjaj and Faten Hajjaj

(original signature retained by attorney)

**IT IS SO ORDERED.**

Dated: 12-17-08

UNITED STATES DISTRICT JUDGE

2

## Proposed Orders
1:08-at-00746 United States of America v. Approximately $10,130.00 in U.S. Currency

## U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered by Borchers, Stephanie on 12/15/2008 at 1:53 PM PST and filed on 12/15/2008

| | |
|---|---|
| **Case Name:** | United States of America v. Approximately $10,130.00 in U.S. Currency |
| **Case Number:** | 1:08-at-746 |
| **Filer:** | United States of America |
| **Document Number:** | 1 |

Docket Text:
**STIPULATION and PROPOSED ORDER for Extension in Time to File Complaint for Forfeiture and/or Obtain an Indictment Alleging Forfeiture by United States of America. Attorney Borchers, Stephanie Hamilton added. (Borchers, Stephanie)**

**1:08-at-746 Electronically filed documents will be served electronically to:**

Stephanie Hamilton Borchers    Stephanie.Borchers@usdoj.gov, Autumn.Magee@usdoj.gov, Elisa.Rodriguez@usdoj.gov, Joni.Jones@usdoj.gov, Paulette.Tremblay@usdoj.gov, Sherri.Swanson@usdoj.gov, Tammy.Teglia@usdoj.gov

**1:08-at-746 Electronically filed documents must be served conventionally**

by the filer to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=12/15/2008] [FileNumber=2736855-
0]
[6a36a51923361ecd56aae7b2893d28e22a663e6d4cdc30c796d4f8ff91cdd2c27
8c94afb6dade757e43eee7a200d1c7f43034a44538fadc561d3b8542337231]]