LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY<br>$10,130.00 IN U.S. CURRENCY,<br><br>Defendant. | 1:08-MC-00042-AWI<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Claimants Hajjaj Hasan Hajjaj and Faten Hajjaj, ("Claimants"), by and through their respective attorney, as follows:

1. On or about September 15, 2008, Claimants filed a claim with the Drug Enforcement Administration with respect to the above-referenced approximately $10,130.00 (the "currency") which was seized on or about June 5, 2008.

2. The Drug Enforcement Administration has sent written notice of intent to forfeit as required by 21 U.S.C. § 881 to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimants has filed a claim to the currency in the administrative forfeiture proceeding.

///

3. Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 13, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to May 13, 2009.

Dated: February  5 , 2009        LAWRENCE G. BROWN
                                 Acting United States Attorney


                                 /s/ Deanna L. Martinez
                                 DEANNA L. MARTINEZ
                                 Assistant United States Attorney


Dated: February  9 , 2009        /s/ Daniel A. Bacon
                                 DANIEL A. BACON
                                 Attorney for Claimants
                                 Hasan Hajjaj and Faten Hajjaj

                                 (original signature retained by attorney)


**ORDER**

IT IS SO ORDERED.

**Dated:   February 13, 2009**              **/s/ Anthony W. Ishii**
                                 CHIEF UNITED STATES DISTRICT JUDGE